**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Amber S. and Michael B., Defendants,

Of whom Amber S. is the Appellant,

In the interest of minor children under the age of eighteen.

Appellate Case No. 2013-001573

———————————

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-075
Submitted February 3, 2014 – Filed February 20, 2014

———————————

**AFFIRMED**

———————————

Lauren Marie Taylor, of Greenville, for Appellant.

Rosemerry Felder-Commander, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for Guardian ad Litem.

---

**PER CURIAM:** Amber S. appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (2012 & Supp. 2013). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**FEW, C.J., and SHORT and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.